# EXHIBIT B

**Wachovia Mortgage, FSB**
Post Office Box 900001
Raleigh, North Carolina 27675-9000

1100 Corporate Center Drive
Raleigh, North Carolina 27607-5066

# WACHOVIA

LORI A WIGOD

CHICAGO, IL 60622

June 4, 2009

RE: Wachovia Mortgage Loan Number:
Property Address:

CHICAGO, IL 60622

Dear LORI A WIGOD:

Congratulations on entering into a Home Affordable Modification workout plan to make your payments more affordable. Enclosed, you will find an executed copy of your workout plan. Please continue to make timely monthly trial-period payments as stated in the plan document.

If you have any questions, please call our Customer Service Department at 866/642-8608, Monday through Friday between the hours of 8:30 AM and 5:30 PM, ET. We thank you for your business and look forward to serving you in the future.

Sincerely,

Loss Mitigation Department
Wachovia Mortgage, FSB
A division of Wells Fargo Bank, N.A.

HAMP04