# EXHIBIT C

| | |
|---|---|
| Posting Date: | 2009-06-04 |
| Sequence #: | ████████ |
| Account #: | ████████ |
| Routing Transit: | ████████ |
| Amount #: | $1756.14 |
| Check/Serial #: | 000000001152 |
| Bank #: | 111 |
| Tran Code: | 001152 |
| IRD: | 0 |
| ItemType: | P |
| BOFD: | 000000000 |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

LORI A. WIGOD
CHICAGO, IL 60622-3759

1152
DATE 5-28-09

PAY TO THE ORDER OF Wachovia Mortgage $1756.14/100

One Thousand seven hundred fifty six 14/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

MEMO July '09 payment          Lori A. Wigod

payment #1

https://instantimage.bankone.net/Star/action/Print.do?singleItem=checkbox_Check 2009-06... 3/9/2010

APR-14-2010 20:48 FROM: Case: 1:10-cv-02348 Document #: 1-4 Filed: 04/15/10 Page 3 of 5 PageID #:27 ID:13132642551 P.003/005

Page 1 of 1

| | |
|---|---|
| Posting Date: | 2009-08-05 |
| Sequence #: | ██████ |
| Account #: | ██████ |
| Routing Transit: | ██████ |
| Amount #: | $1756.14 |
| Check/Serial #: | 000000001159 |
| Bank #: | 111 |
| Tran Code: | 001159 |
| IRD: | 0 |
| ItemType: | P |
| BOFD: | 000000000 |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

LORI A. WIGOD
CHICAGO, IL 60622-3759

1159
2-1/710 260
DATE 7-28-09

PAY TO THE ORDER OF  Wachovia     $ 1756.14

One Thousand seven hundred fifty six 14/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

MEMO  Aug 1st payment

Lori A Wigod

payment #2

https://instantimage.bankone.net/Star/action/Print.do?singleItem=checkbox  Check 2009-08...  3/9/2010

| | |
|---|---|
| Posting Date: | 2009-09-10 |
| Sequence #: | ███████ |
| Account #: | ███████ |
| Routing Transit: | ███████ |
| Amount #: | $1756.14 |
| Check/Serial #: | 000000001164 |
| Bank #: | 111 |
| Tran Code: | 001164 |
| IRD: | 0 |
| ItemType: | P |
| BOFD: | 000000000 |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

*September*

---

**LORI A. WIGOD**
CHICAGO, IL 60622-3759

2-1260/710     1164
DATE 8/30/09

PAY TO THE ORDER OF  Wachovia Mortgage   $ 1756.14/100
One thousand seven hundred fifty six 14/100   DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

MEMO  Mtg.          *Lori A Wigod*

---

payment #3

https://instantimage.bankone.net/Star/action/Print.do?singleItem=checkbox  Check 2009-09... 3/9/2010

# CHASE

September 25, 2009 through October 26, 2009
Primary Account: ██████████

## CHASE PREMIER CHECKING

LORI A WIGOD                              Account Number: ██████████

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $905.00 |
| Deposits and Additions | 1,735.00 |
| Other Withdrawals, Fees & Charges | - 1,756.14 |
| **Ending Balance** | **$883.86** |
| Annual Percentage Yield Earned This Period | 0.00% |

Good news. Your Chase Premier Checking monthly service fee was waived because you kept an average combined balance of $15,000 in qualifying checking, savings, credit, securities and mortgage loan accounts during the statement period.

This message confirms that you have overdraft protection on your checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | ███████ | ███ |
| 10/06 | ███████ | ███ |
| 10/15 | ███████ | ███ |
| 10/16 | ███████ | ███ |
| **Total Deposits and Additions** | | ███ |

### OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/08 | Mortgage Payment EFT ████ Tel ID: R952318940 | | $1,756.14 |
| **Total Other Withdrawals, Fees & Charges** | | | **$1,756.14** |

*Payment #4*
*Direct Withdrawal by Wells Fargo*