# EXHIBIT D

Wells Fargo Home Mortgage
Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0335



October 7, 2009

LORI A WIGOD

CHICAGO, IL 60622-0

RE: Fair Debt Collection Practices Act Notification
Loan Number:

Dear Valued Customer:

The Fair Debt Collection Practices Act requires Wells Fargo Home Mortgage to confirm the existence and amount of your mortgage loan debt. You were previously notified that Wells Fargo Home Mortgage acquired the servicing of your loan; therefore, Wells Fargo Home Mortgage became your creditor effective October 1, 2009.

We will assume that this debt is valid unless you dispute the debt or any portion thereof, within 30 days of receipt of this letter. Should you notify us in writing within thirty days of your receipt of this letter that you dispute this debt or any portion thereof, Wells Fargo Home Mortgage will then obtain verification of the debt, and provide you with verification of the debt. You may also submit a written request for the name and address of your original creditor within 30 days of receipt of this letter. In addition, the Act requires Wells Fargo Home Mortgage to inform you that if your loan is currently in default or you become behind in payments on your loan, Wells Fargo Home Mortgage, as servicer, will be attempting to collect the debt and any information obtained will be used to collect the debt.

As of October 3, 2009, the total loan balance is:

| | | |
|---|---|---|
| Unpaid Principal: | $ | 728,500.00 |
| Accrued Interest: | $ | 20,758.50 |
| Late Charges: | $ | 409.78 |
| Escrow Advances: | $ | 0.00 |
| Corporate Advances: | $ | 75.00 |
| NSF Fees: | $ | 0.00 |
| Other Fees: | $ | 0.00 |
| Less Suspense (Funds not yet applied to your unpaid principal balance): | ($ | 1,170.61 ) |
| **Total loan balance:** | $ | 748,572.67 |

Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above an adjustment may be necessary after we receive your check, in which event we will inform you. For further information write us at the address listed above or call us at the number below.

If you are currently in a bankruptcy case or have previously received a discharge in a chapter 7 bankruptcy and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally. Additionally, this letter is for informational purposes only. It is being provided to you should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If we can be of further assistance, please call us at 1-877-213-7063, Monday through Friday 6:00 a.m. to 10:00 p.m., Saturday 8:00 a.m. to 2:00 p.m. CST.

Sincerely,

Leesa Whitt-Potter
Senior Vice President
Wells Fargo Home Mortgage



WFM215
WFM301P

Together we'll go far

