# EXHIBIT E

Page 1 of 2

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368

**WELLS FARGO** | **HOME MORTGAGE**

November 13, 2009

LORI A WIGOD

CHICAGO, IL 60622-1195

**Account Information**
Online: yourwellsfargomortgage.com
Fax: (866) 278-1179
Telephone: (800) 416-1472
Correspondence: PO Box 10335
Des Moines, IA 50306
Hours of Operation: Mon - Fri, 8 AM -8 PM CT

Loan Number:
Property Address:
Chicago IL 60622

RE: Decision on your request for mortgage assistance

Dear Lori A Wigod:

We're writing to provide you with the results of our efforts to find a solution that might help with the mortgage payment challenges you're facing.

**Final decision on your mortgage loan request**
Unfortunately, after carefully reviewing the information you've provided, we are unable to adjust the terms of your mortgage.

You have not been approved for a mortgage loan modification because we were unable to get you to a modified payment amount that you could afford per the investor guidelines on your mortgage. At this point, we can only recommend the following options, and request you contact us to discuss them:
>Short sale - Allows you to sell your home for less than the amount owed on your mortgage. >Deed in lieu of foreclosure - Transfers ownership of your home to Wells Fargo Home Mortgage if you cannot sell your home at market value.

**Additional assistance is available**
In an effort to help you improve your situation, we encourage you to contact a HUD-approved Credit Counseling agency by calling (800) 569-4287. A counselor will work closely with you, take your financial circumstances into consideration, and create a budget plan that may work for you.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

WFM300P
LC27R 709
001840l003247 AGNC7P S2-CT-M1-C001

111309LC27800178

Together we'll go far
