**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LORI WIGOD, on her own behalf and on behalf of all others similarly situated,** | **Case No. 1:10-cv-02348** |
| **Plaintiff,** | **Hon. Blanche Manning** |
| **v.** | |
| **WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB,** | |
| **Defendant.** | |

**<u>WELLS FARGO BANK, N.A.'S MOTION TO DISMISS THE COMPLAINT</u>**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed against it by Plaintiff Lori Wigod ("Plaintiff"). Because Plaintiff has failed to state a claim upon which relief can be granted, Plaintiff's Complaint should be dismissed in its entirety with prejudice. In support of this Motion, Wells Fargo relies upon the accompanying Memorandum of Law and Exhibits. Wells Fargo respectfully requests a hearing on its Motion.

WHEREFORE, Wells Fargo respectfully requests that the Court: (1) grant its motion to dismiss; (2) dismiss the Complaint in its entirety with prejudice; and (3) grant such other relief as the Court deems just and appropriate.

Dated:  May 12, 2010

Respectfully submitted,

/s/ Jessica A. Baer
Michael J. Hayes (Bar No. 01161725)
michael.hayes@klgates.com
Jessica A. Baer (Bar No. 6295818)
jessica.baer@klgates.com
**K&L GATES LLP**
70 W. Madison St., 3100
Chicago, IL 60602
312.372.1121 (phone)
312.827.8000 (fax)

Irene C. Freidel (N.D. Ill. Bar No. 559051)
irene.freidel@klgates.com
David D. Christensen (*pro hac pending*)
david.christensen@klgates.com
Kristin A. Davis (*pro hac pending*)
kristin.davis@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
617.951.9154 (phone)
617.261.3175 (fax)

*Counsel for Defendant*
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the attached service list.

/s/ Jessica A. Baer
Jessica A. Baer

## SERVICE LIST

### Case No. 1:10-cv-02348

Irina Slavina
islavina@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
**Edelson McGuire, LLC**
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

*Counsel for Plaintiff Lori Wigod*