# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, on her own behalf and on behalf of all others similarly situated,<br><br>            **Plaintiff,**<br><br>v.<br><br>**WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB,**<br><br>            **Defendant.** | Case No. 1:10-cv-02348<br><br>Hon. Blanche Manning |

## NOTICE OF MOTION

TO:    See Attached Certificate of Service

      PLEASE TAKE NOTICE that on Thursday, July 29, 2010 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, shall appear in Courtroom 2125, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, before the Honorable Blanche M. Manning, and then and there present **Motion for Leave to File Brief in Excess of Fifteen Pages.**

Dated:  May 12, 2010

                                                Respectfully submitted,

                                                WELLS FARGO BANK, N.A.

                                                /s/ Jessica A. Baer
                                                One of Its Attorneys

                                                Irene C. Freidel
                                                irene.freidel@klgates.com
                                                N.D. Ill. Bar No. 559051
                                                David D. Christensen
                                                david.christensen@klgates.com
                                                **K&L GATES LLP**
                                                State Street Financial Center

E-481374 v1

- 2 -

One Lincoln Street
Boston, MA 02111
617.951.9154 (phone)
617.261.3175 (fax)

Michael J. Hayes
michael.hayes@klgates.com
Bar No. 01161725
Jessica A. Baer
jessica.baer@klgates.com
Bar No. 6295818

**K&L GATES LLP**
70 W. Madison St., 3100
Chicago, IL 60602
312.372.1121 (phone)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the attached service list.

/s/ Jessica A. Baer
Jessica A. Baer

## SERVICE LIST

### Case No. 1:10-cv-02348

| | |
|---|---|
| Rafey S. Balabanian<br>rbalabanian@edelson.com<br>EDELSON MCGUIRE, LLC<br>350 N. LaSalle Street<br>Suite 1300<br>Chicago, IL 60654<br><br>*Counsel for Plaintiff Lori Wigod* | Irina Slavina<br>islavina@edelson.com<br>EDELSON MCGUIRE, LLC<br>350 N. LaSalle Street<br>Suite 1300<br>Chicago, IL 60654<br><br>*Counsel for Plaintiff Lori Wigod* |