IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB,<br><br>Defendant. | Case No: 1:10-cv-02348<br><br>Honorable Blanche M. Manning |

## DECLARATION OF ATTORNEY STEVEN LEZELL IN SUPPORT OF OPPOSTION TO WELLS FARGO BANK N.A.'S MOTION TO DISMISS

1. I am an attorney with the law firm of Edelson McGuire LLC and I am one of the attorneys representing Plaintiff Lori Wigod and the putative class in the above-captioned matter. I respectfully submit this declaration in connection with Plaintiff's Opposition to Wells Fargo's Motion to Dismiss the Amended Class Action Complaint.

2. Attached hereto as Exhibit A is a true and accurate copy of Supplement Directive 09-01, which is also available online at https://www.hmpadmin.com/portal/docs/hamp_servicer/sd0901.pdf.

3. Attached hereto as Exhibit B is a true and accurate copy of Supplement Directive 10-01, which is also available online at https://www.hmpadmin.com/portal/docs/hamp_servicer/sd1001.pdf.

4. Attached hereto as Exhibit C is a true and accurate copy of the U.S. Treasury's HAMP Supplement Documentation – Frequently Asked Questions, April 2, 2010, which is also available online at https://www.hmptadmin.com/portal/docs/hamp_servicer/hampfaqs.pdf.

5. Attached hereto as Exhibit D is a true and accurate copy of the U.S. Treasury's HAMP Supplement Documentation – Frequently Asked Questions, 2009-2010 Conversion Campaign, which is also available online at https://www.hmptadmin.com/portal/programs/directives.html.

6. Attached hereto as Exhibit E is a true and accurate copy of the Order of the United States District Court for the Southern District of California in *Marques v. Wells Fargo Home Mortgage Inc dba America's Servicing Co.*, 09-cv-1985-L(RBB) (S.D. Cal. Aug. 12, 2010).

7. Attached hereto as Exhibit F is a true and accurate copy of the Home Affordable Modification Program Guidelines of March 4, 2009.

8. Attached hereto as Exhibit G are true and accurate copies of the Making Home Affordable Program Servicer Performance Report Through June 2010, March 2010, and April 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2010 in Chicago Illinois.

Steven L. Lexell