UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**LORI WIGOD, on her own behalf and on behalf of all others similarly situated,**

    **Plaintiff,**

v.

**WELLS FARGO BANK, N.A. d/b/a**
**WELLS FARGO HOME MORTGAGE,**
**f/k/a WACHOVIA MORTGAGE, FSB,**

    **Defendant.**

Case No. 1:10-cv-02348

Hon. Blanche Manning

### SECOND DECLARATION OF IRENE C. FREIDEL IN SUPPORT OF WELLS FARGO BANK, N.A.'S REPLY MEMPRANDUM IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT

I, Irene C. Freidel, do declare under oath as follows:

1. I am a partner with the law firm of K&L Gates LLP, and I am one of the attorneys representing defendant Wells Fargo Bank, N.A. in the above-captioned matter. I respectfully submit this declaration in connection with Wells Fargo Bank, N.A.'s Reply Memorandum in Support of Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and accurate copy of the Making Home Affordable Program, Servicer Performance Report Through July 2010. The Report is also available online at http://www.financialstability.gov/docs/JulyMHAPublic2010.pdf.

3. Attached hereto as Exhibit B is a true and accurate copy of the Making Home Affordable Handbook for Servicers of Non-GSE Mortgages publicly-available at https://www.hmpadmin.com/portal/docs/hamp_servicer/mhahandbook.pdf.

BOS-1431294 v1

4. Attached hereto as Exhibit C is a true and accurate copy of Secretary Geithner and Assistant Secretary Allison's Brief in Support of Motion to Dismiss, or in the Alternative, for Summary Judgment in *Edwards, et al. v. Aurora Loan Services, et al.*, Case 1:09-cv-02100-HHK (D.D.C. Jan. 25, 2010).

5. Attached hereto as Exhibit D is a true and accurate copy of the U.S. Treasury's HAMP Supplemental Directive 09-08, which is also available at https://www.hmpadmin.com/portal/docs/hamp_servicer/sd0908.pdf.

6. Attached hereto as Exhibit E is a true and accurate copy the Making Home Affordable Program, Supplemental Documentation – Frequently Asked Questions Home Affordable Modification Program, dated July 15, 2010, publicly-available at https://www.hmpadmin.com/portal/docs/hamp_servicer/hampfaqs.pdf.

7. Attached hereto as Exhibit F is a true and accurate copy of the U.S. Treasury's HAMP Supplemental Directive 09-07, which is also available at https://www.hmpadmin.com/portal/docs/hamp_servicer/sd0907.pdf.

8. Attached hereto as Exhibit G is a true and accurate copy of a Freddie Mac 2009 News & Update bulletin, dated October 2009, publicly-available at http://www.freddiemac.com/uniform/doc/2009news.pdf.

9. Attached hereto as Exhibit H is a true and accurate copy of the uniform Multistate Home Affordable Modification Agreement (Step Two of Two-Step Documentation Process), publicly-available at http://www.freddiemac.com/uniform/doc/3157_HAMP_ModificationAgreement.doc.

- 3 -

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED THIS 16th DAY OF SEPTEMBER, 2010 AT BOSTON, MASSACHUSETTS.


*/s/ Irene C. Freidel*
Irene C. Freidel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the attached service list.

*/s/ Irene C. Freidel*
Irene C. Freidel

## SERVICE LIST

### Case No. 1:10-cv-02348

| | |
|---|---|
| Rafey S. Balabanian<br>rbalabanian@edelson.com<br>**Edelson McGuire, LLC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br><br>*Counsel for Plaintiff Lori Wigod* | Irina Slavina<br>islavina@edelson.com<br>**Edelson McGuire, LLC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br><br>*Counsel for Plaintiff Lori Wigod* |