# EXHIBIT A



# Re: Wigod

**Steve Woodrow** <swoodrow@edelson.com>                                                                            Fri, Jun 22, 2012 at 3:05 PM
To: "Freidel, Irene C." <Irene.Freidel@klgates.com>
Cc: Irina Slavina <Islavina@edelson.com>, "Christensen, David D." <David.Christensen@klgates.com>

Irene:

I think you may be confusing our statements that you have unreasonably objected to Plaintiffs' discovery as a personal accusation that you've acted unprofessionally or unethically. That's not our intent. Nowhere do any of our filings make such accusations (nor could we--although we disagree with your positions and objections regarding discovery, we acknowledge you've conducted yourself, at all times, ethically and professionally). And please note that when we say "you" we mean all of the lawyers on your team, so everyone can rest assured that we don't believe anyone on your side is acting in bad faith.

Put simply, we can disagree--strongly even--without charging each other with unethical conduct. Perhaps you can eventually come to see that merely because we've apprised the Court of our disagreements doesn't mean that we've acted unprofessionally either.

About the joint report, given that you've waited until the very last minute to inform us (contrary to your email earlier in the week that your portion would be forthcoming) that you're not going to participate in it, we will proceed with filing it without your comments. We will include these emails as you request (although we will not make any statement regarding our view of the relative "reasonableness" of your participation--we will merely indicate that you chose not to include your portion for the reasons set forth in your email, attaching the emails).

Best,

-Steven


On Fri, Jun 22, 2012 at 1:45 PM, Freidel, Irene C. <Irene.Freidel@klgates.com> wrote:
Steve and Irina, as I noted earlier in the week, we believe that your portion of the joint report grossly mischaracterizes Wells Fargo's discovery positions in this case to date. Your positions and accusations are unprofessional and totally lacking in credibility. Because Judge Valdez does not require the parties to file a new status report, we do not believe a new report should be filed. Judge Valdez is clearly aware of the pending motions before her and will likely not be assisted by another filing that simply summarizes the same motions. Accordingly, upon reflection and re-review of your portions of the draft, we do not intend to participate in the joint report. You are obviously free to file your own report or file no report at all.  If you agree to tone down your sections and remove the inappropriate accusations, we will reconsider our position.  However, if you file your portion of the report and state to the court that we unreasonably refused to participate, please include a copy of this email with your submission.

I again reiterate that if you _ever_ believe we have acted in bad faith, pick up the phone and call me.  Do not insinuate to the Court that we have engaged in inappropriate or unethical conduct when you have no factual basis to do so and without informing me of your views first so that I can properly address them.

Irene.



**Irene C. Freidel**
K&L Gates LLP
One Lincoln Street
Boston, MA 02111
Phone: +1.617.951.9154
Fax: +1.617.261.3175
irene.freidel@klgates.com
www.klgates.com
Blog: www.consumerfinancialserviceswatch.com

**Consider the environment. Think before you print!**

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Irene.Freidel@klgates.com.

--
Steven Lezell Woodrow | Edelson McGuire LLC
999 West 18th Street
Denver, CO 80203
1.303.357.4878 (direct) | 1.303.357.4877 (firm) | 1.312.589.6378 (fax)
swoodrow@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail.

**CONFIDENTIALITY AND LIABILITY FOR MISUSE**

The information contained in this communication is the property of Edelson McGuire, LLC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify Edelson McGuire, LLC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.