IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, DAN FINLINSON and SANDRA FINLINSON, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB, and d/b/a AMERICA'S SERVICING COMPANY,<br><br>       Defendant. | Case No: 10-cv-02348<br><br>Honorable Elaine Bucklo |

**JOINT MOTION AND [PROPOSED] ORDER TO
ENLARGE DISCOVERY DEADLINES**

      The Parties, being in agreement, respectfully move this Court for an Order enlarging the current discovery deadlines as follows:

      1.     This case concerns allegations regarding Wells Fargo's handling of certain borrowers' loan modification applications under the Home Affordable Modification Program ("HAMP").

      2.     On March 7, 2012, the Seventh Circuit Court of Appeals affirmed in part and reversed in part the district court's dismissal of the First Amended Complaint and remanded the case. *Wigod v. Wells Fargo Bank, N.A.* 673 F.3d 547 (7th Cir. 2012).

      3.     Since remand, the Parties have been diligently embroiled in discovery. The Parties have exchanged over 100,000 pages of documents and have begun taking witness depositions.

4. On January 25, 2013 (Dkt. 222) this Court entered the following discovery schedule:

| | |
|---|---|
| Discovery ordered closed by | 6/28/2013 |
| Motions to compel to be filed by | 5/14/2013 |
| Plaintiff's class certification motion with supporting memoranda due by | 7/12/2013 |
| Defendant to respond by | 8/2/2013 |
| Plaintiff to reply by | 8/16/2013 |
| Ruling before Honorable Elaine E. Bucklo on | 9/13/2013 at 9:30 AM |

5. Several depositions remain outstanding, including for Rule 30(b)(6) designees and other witnesses. Plaintiffs are also filing a Motion to Compel, which is to be filed once the Court rules on the Plaintiffs' Motion to File Under Seal. (Dkt. 233-34.)

6. In April 2013, Lead Plaintiff's counsel lost both his grandmother and father in separate instances. Coupled with additional personal issues these life events have required Lead Plaintiffs' Counsel to focus attention briefly away from the case. It also required the rescheduling of two depositions.

7. Wells Fargo's counsel is on trial in a separate federal case in Baltimore from May 6, 2013 through May 30, 2013.

8. In light of the pending discovery disputes and scheduling issues, the Parties jointly request that the discovery schedule be enlarged by approximately two months as follows (or such dates as established by the Court):

| | |
|---|---|
| Discovery ordered closed by | 8/30/2013 |
| Motions to compel to be filed by | 7/12/2013 |
| Plaintiffs' class certification motion | |

2

| | |
|---|---|
| with supporting memoranda due by | 9/13/2013 |
| Defendant to respond by | 10/11/2013 |
| Plaintiffs to reply by | 10/25/2013 |
| Ruling before Honorable Elaine E. Bucklo on | 11/8/2013 at 9:30 AM |

9. This Motion is not presented for the purposes of harassment or undue delay.

WHEREFORE, the Parties jointly request that this Court enlarge the discovery schedule as set forth above and award such additional relief as this Court deems necessary and just.


 /s/ Steven L. Woodrow         /s/ Irene Freidel
For Plaintiffs                 For Defendants


IT IS HEREBY ORDERED:

The Discovery Schedule is hereby enlarged as follows:

| | |
|---|---|
| Discovery ordered closed by | 8/30/2013 |
| Motions to compel to be filed by | 7/12/2013 |
| Plaintiffs' class certification motion with supporting memoranda due by | 9/13/2013 |
| Defendant to respond by | 10/11/2013 |
| Plaintiffs to reply by | 10/25/2013 |
| Ruling before Honorable Elaine E. Bucklo on | 11/8/2013 at 9:30 AM |

Dated this ____ day of May, 2013        ENTERED:


_____
The Honorable Elaine E. Bucklo
United States District Judge

3