## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, DAN FINLINSON, and SANDRA FINLINSON, on behalf of themselves and all others similarly situated, | Case No: 10-cv-02348 |
| Plaintiffs, | |
| v. | Honorable Elaine E. Bucklo |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB, and d/b/a AMERICA'S SERVICING COMPANY, | |
| Defendant. | |

**PLAINTIFF WIGOD'S UNOPPOSED MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF IN SUPPORT OF
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Jay Edelson
jedelson@edelson.com
Steven L. Woodrow
swoodrow@edelson.com
Megan Lindsey (Admitted *Pro Hac Vice*)
mlindsey@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6379
Fax: 312.589.6378

*Counsel for Plaintiffs and the Settlement Class*

In accordance with Local Rule 7.1, Plaintiff Lori Wigod ("Plaintiff") respectfully moves the Court for leave to file an oversized brief in support of her Motion for Preliminary Approval of Class Action Settlement. In support, Plaintiff states as follows:

1. Local Rule 7.1 states that:

> Neither a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court. Briefs that exceed the 15 page limit must have a table of contents with the pages noted and a table of cases. Any brief or objection that does not comply with this rule shall be filed subject to being stricken by the court.

2. On May 29, 2014, the Parties appeared before the Court for status and reported that the Parties had reached a settlement agreement in this matter. The Court set a hearing on Plaintiff's anticipated Motion for Preliminary Approval of Class Action Settlement for June 20, 2014 at 1:45 pm. (Dkt. 258.)

3. As indicated at the status conference, Plaintiff intends on filing the Motion for Preliminary Approval on June 13, 2014.

4. The Motion for Preliminary Approval provides an overview of the claims, litigation, and settlement, explains the Settlement terms and relief, demonstrates that the Court should certify a class for settlement purposes, shows that the settlement is fair, reasonable, and accurate and that it falls within the range of final approval, sets forth the proposed Notice, and otherwise establishes that the Court should grant preliminary approval.

5. To adequately address each of these issues, Plaintiff in good faith believes that the filing of a memorandum in support of her Motion for Preliminary Approval of Class Action Settlement in excess of 15 pages will be necessary. While Plaintiff is still in the process of finalizing her brief, she is confident that she can fully and effectively present the Motion for Preliminary Approval in 43 pages.

6. Plaintiff's counsel has conferred with Defendant's counsel and Defendant has no objection to Plaintiff's request to submit an oversized brief.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting her leave to file an oversized brief of up to forty-three (43) pages in support of her forthcoming Motion for Preliminary Approval of Class Action Settlement and for such further relief as this Court deems just and appropriate.

Dated: June 11, 2014

Respectfully submitted,

By:   /s/ Steven L. Woodrow

Jay Edelson
jedelson@edelson.com
Steven L. Woodrow
swoodrow@edelson.com
Megan L. Lindsey (Admitted *Pro Hac Vice*)
mlindsey@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

    I, Steven L. Woodrow, an attorney, hereby certify that on June 11, 2014, I electronically filed the foregoing *Plaintiff Wigod's Unopposed Motion for Leave to File Oversized Brief in Support of Preliminary Approval of Class Action Settlement* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to counsel of record by operation of the Court's electronic filing system.

                                                /s/ Steven L. Woodrow