# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB, d/b/a AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No: 10-cv-2348<br><br>Honorable Elaine E. Bucklo |

## NOTICE OF MOTION

To: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on Friday, June 20, 2014 at 1:45 p.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Wigod shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached *Plaintiff Wigod's Motion for Preliminary Approval of Class Action Settlement.*

| | |
|---|---|
| Dated: June 17, 2014 | Respectfully submitted,<br><br>LORI WIGOD, on behalf of herself and all others similarly situated,<br><br>By: ___/s/ Steven L. Woodrow___<br>One of Plaintiffs' Attorneys |

Jay Edelson
jedelson@edelson.com
Steven L. Woodrow
swoodrow@edelson.com
Megan Lindsey (Admitted *Pro Hac Vice*)
mlindsey@edelson.com

Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6379
Fax: 312.589.6378

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Steven L. Woodrow, an attorney, hereby certify that on June 17, 2014, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to counsel of record by operation of the Court's electronic filing system.

/s/ Steven L. Woodrow