# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB,<br><br>Defendant. | Case No: 1:10-cv-02348<br><br>Honorable Elaine E. Bucklo |

DECLARATION OF DON FRANKENFELD
IN SUPPORT OF SETTLEMENT

## I. INTRODUCTION

I have been asked to address, to a reasonable degree of economic certainty, and based on preliminary information concerning the actual behavior of class claimants, the likely benefits to the class in the above-captioned case. Taking into account legal fees and litigation expenses, I conclude that the range of benefits varies from $8,643,798 to $10,607,225. My best single-point estimate of loss is the midpoint between these figures, or $9,625,511. This estimate is based upon current claims submission experience, up-to-date as of September 18, 2014. Class Members have until October 10, 2014 to submit a claim, and while I have made reasonable projections of ultimate claim experience, modest and immaterial adjustments may be appropriate after that deadline has passed.

## II. QUALIFICATIONS

I am a graduate of Yale University (AB 1970) and Harvard Business School (MBA 1975). In 1987 I became a Bush Foundation Fellow and returned to Harvard, where I studied at Harvard Law School, Harvard Business School, and the Kennedy School of Government, earning an MPA degree in 1988. I have worked over the years as a securities analyst, portfolio manager, investment economist, brokerage firm branch office manager, accountant, state senator, and securities arbitrator. Since 1984 I have accepted testimonial or consulting engagements as a forensic economist and financial expert. I have testified more than 80 times in state and federal courts and in securities arbitrations throughout the United States.

I have particular expertise in computer modeling of economic damages. In 2002, I developed a damage calculation model, available online at no charge to claimants before the federal September 11th Victim Compensation Fund. The model became the most widely used

economic tool for claimants, employed in the evaluation of approximately 1,000 claims. In addition, I appeared before the Victim Compensation Fund as a testimonial expert approximately 70 times, more than any other damages expert.

Initially, my forensic engagements were exclusively on behalf of defendants. In recent years, my engagements have been proportioned about one-third to defense cases and two-thirds to plaintiffs.

### III. ANALYSIS

Settlement Class Members comprise three groups. Group 1 consists of borrowers who are still with Wells Fargo and are considered either in default or at risk of default. Group 2 consists of borrowers whose loans are held or serviced by Wells Fargo, but are presently regarded as "current" on their loans. Group 3 consists of Class Member who no longer have loans with Wells Fargo owing to certain specified reasons.

Depending on the Group in which they fall, class claimants will benefit in four ways from the settlement: evaluations which may lead to loan modification offers; cash payments; a temporary moratorium on foreclosures ("Foreclosure Holds"); and comprehensive credit counseling.

To facilitate my analysis, I have subdivided the three groups according to the actual benefits each subgroup is expected to receive. With respect to Group 1, those class Members who apply may receive a mortgage loan modification, or their application may be denied. In the latter event, unsuccessful applicants will nonetheless benefit from Foreclosure Holds, holistic credit counseling, and a relocation benefit that is governed by a confidential side letter between the parties. Group 2 Members may be categorized along similar lines; in addition, Group 2 Members who wish to avoid the restructuring application process may apply for a "streamlined cash payment" of $250. Group 3 Members fall into three subcategories, depending upon whether a) they underwent a foreclosure, short sale or deed in lieu of foreclosure process; b) servicing rights have been transferred to another lender; or c) their loan has been paid off.

My detailed analysis and conclusions are embodied by the four tables below. Tables I and II represent what I believe to be the minimum range of benefits to be claimed by Class Members. Tables III and IV show a more realistic scenario, with a higher range of benefits.

Table I displays benefits to be received by an individual from each group, depending upon the ultimate subcategory in which he or she falls. In this minimum range scenario, a Group 1 individual who is granted a loan modification will benefit to the extent of $55,000; this is comprised of a monthly payment reduction of $510, times a duration of 132 months, subject to an aggregate present-value reduction of 25%; to the resulting figure of $50,490 is added a partial allowance for principal reduction and payment performance incentives available through HAMP. (This is generally consistent with the February 13, 2014 report of Professor Michael Barr in a similar case involving JPMorgan Chase; he found a likely reduction in monthly payments of $546.48.) A Group I Member who is offered (and who accepts) a loan modification also benefits from the Foreclosure Hold, valued in this scenario at $9,000; this amount reflects the approximate interest cost of a high-interest loan to the Member for the duration of the loan. Finally, the Member is eligible for holistic credit counseling which has a cost of $480 per individual. To date, approximately 15% of applicants ask for this benefit,

2

suggesting that the average benefit per individual is $72.

A Group 1 Member who is denied a loan modification nonetheless benefits to the extent of a Foreclosure hold, this time over a longer duration; and also from a cash payment as specified in the confidential side letter. To avoid directly disclosing the amount, I have consolidated the payment with the Foreclosure Hold. The Member is also eligible for holistic credit counseling.

Group 2 Members can be classified according to three categories. First, for those who are granted loan modifications, the benefits are identical to those of corresponding Group 1 Members, as discussed above. Second, those who are denied modification benefit from the Foreclosure Hold, a monetary benefit specified in the confidential side letter, and holistic credit counseling. Third, with fairly long odds against being granted a modification, Group 2 Members may prefer to avoid the inconvenience of applying; Group 2 Members have the option of accepting a "streamlined cash payment" of $250.

Group 3 Members are no longer with Wells Fargo, so a loan modification is not a possibility. Depending upon the circumstances under which they left Wells Fargo, as specified above, they are entitled to differential benefits according to the confidential side agreement.

Table I: Minimum Range, Individual Benefits by Group

| Group | 1 Granted | 1 Denied | 2 Granted | 2 Denied | 2 Cash | 3A FCL, SS, DIL | 3B Servicing Transfer | 3C Paid in Full | |
|---|---|---|---|---|---|---|---|---|---|
| Loan modification | $55,000 | | $55,000 | | | | | | |
| Foreclosure Holds* | $9,000 | $26,200 | $9,000 | $14,700 | | | | | |
| Credit Counseling | $72 | $72 | $72 | $72 | | $72 | $72 | $72 | |
| Cash Payment | | Confidential | | Confidential | $250 | Confidential | Confidential | Confidential | |
| Other relief | | | | | | | | | $350,000 |

*To maintain side letter confidentiality, this category includes an allocation for available cash payments

Table II: Minimum Range, Total Class Benefits

| Group | Class Members | Applied | Projected | Granted | Denied | Streamlined Cash | Value if Granted | Value if Denied | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 106 | 18 | 26 | 80% | 20% | | $64,072 | $26,272 | $1,469,312 |
| 2 | 359 | 54 | 65 | 20% | 80% | 75 | $64,072 | $14,772 | $1,619,830 |
| 3A (DIL) | 8 | | 1 | | | | $18,072 | | $18,072 |
| 3A (FCL) | 136 | 51 | 65 | | | | $18,072 | | $1,174,680 |
| 3A SS | 70 | 23 | 26 | | | | $18,072 | | $469,872 |
| 3B | 50 | 13 | 14 | | | | $4,072 | | $57,008 |
| 3C | 106 | 37 | 42 | | | | $1,072 | | $45,024 |
| Other Relief | | | | | | | | | $350,000 |
| Litigation Expenses | | | | | | | | | $60,000 |
| Net Attorney Fees | | | | | | | | | $3,440,000 |
| Total | | | | | | | | | $8,643,798 |

"Table II: Minimum Range, Total Class Benefits" synthesizes the per-individual benefits of Table I with statistics provided by the Claims Administrator for actual applications for benefits, current through September 18, 2014. Using Group 1 as an example, 106 Class Members fall into this category. Of these, 18 have applied for benefits, and I project that 26 will apply before the October 10, 2014 deadline. I expect 80% of this population to obtain loan modifications and other benefits, with a value of $64,072 (as shown in Table I). Twenty per cent of applicants will be denied, but will still receive an aggregate benefit for each applicant of $26,272. By

3

multiplying the number of individuals in each category by the specific benefit to which they are entitled, I conclude that the total value of benefits to Group 1 Members is $1,469,312.

Analogous calculations apply to each Group. "Other Relief," amounts to $350,000 which includes notice and administrative cost. This figure cannot easily be allocated to specific claimants, and thus is included as an aggregate figure. Likewise, litigation expenses and net attorney fees are aggregated.

The net result of this "minimum range" exercise is an aggregate value of $8,643,798.

Table III: Realistic Range, Individual Benefits by Group R

| Group | 1 | 1 | 2 | 2 | 2 | 3A | 3B | 3C |
|---|---|---|---|---|---|---|---|---|
| | Granted | Denied | Granted | Denied | Cash | FCL, SS, DIL | Transfer | Paid in Full |
| Loan modification | $65,000 | | $65,000 | | | | | |
| Foreclosure Holds* | $22,500 | $46,000 | $22,500 | $34,500 | | | | |
| Credit Counseling | $225 | $225 | $225 | $225 | | $225 | $225 | $225 |
| Cash Payment | | Confidential | | Confidential | $250 | Confidential | Confidential | Confidential |
| Other relief | | | | | | | | $350,000 |

*To maintain side letter confidentiality, this category includes an allocation for available cash payments

Table IV: Realistic Range, Total Class Benefits

| Group | Class Members | Applied | Projected | Granted | Denied | Streamlined Cash | Value if Granted | Value if Denied | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 106 | 18 | 26 | 80% | 20% | | $87,725 | $46,225 | $2,065,050 |
| 2 | 359 | 54 | 65 | 20% | 80% | 75 | $87,725 | $34,725 | $2,964,875 |
| 3A (DIL) | 8 | | 1 | | | | $18,225 | | $18,225 |
| 3A (FCL) | 136 | 51 | 65 | | | | $18,225 | | $1,184,625 |
| 3A SS | 70 | 23 | 26 | | | | $18,225 | | $473,850 |
| 3B | 50 | 13 | 14 | | | | $4,225 | | $59,150 |
| 3C | 106 | 37 | 42 | | | | $1,225 | | $51,450 |
| Other Relief | | | | | | | | | $350,000 |
| Litigation Expenses | | | | | | | | | $60,000 |
| Net Attorney Fees | | | | | | | | | $3,440,000 |
| Total | | | | | | | | | $10,607,225 |

While Tables I and II establish what I believe to be the minimum value of the settlement to claimants, Tables II and III provide a more realistic measure of benefits, with a total, including Litigation Expenses and Net Attorney Fees, of $10,607,225

Table III adopts $65,000 as the value of a loan modification; it is comprised of approximately $50,490 as the present value of reduced payments, plus principal reduction and bonus incentives for timely payment.

Foreclosure holds in this scenario are calculated not as if they are loans with the benefit based upon interest, but as permanent deferrals of monthly payments; this assumes that the subject property will be sold before the mortgage is paid off, which is the typical experience in the United States. Assuming a scheduled monthly payment of $1,500 and an average hold duration of 15 months, the value of a hold is $22,500. With respect to Group 1 and Group 2 Members who are denied a modification, the value of the Foreclosure Hold is higher because of a longer average duration; in addition, the eligible cash payment is folded into this category to respect the

4

confidentiality of the side letter. Moreover, the value of credit counseling is based upon an estimated benefit of $1,500, availed of by 15% of Class Members who fill out a claim form.

## IV. SUMMARY

Based upon the Realistic Scenario above, net legal fees are $3,440,000, and class benefits are $7,167,225, for a total of $10,607,225. Legal fees in this scenario are 32.4% of the total.

Based upon the Minimum Scenario above, net legal fees are $3,440,000, and class benefits are $5,203,798 for a total of $8,643,798. Legal fees in this scenario are 39.8% of the total.

Sources

Expert Report of Don Frankenfeld, Wigod v Wells Fargo, July 8, 3013

Declaration of Professor Michael S. Barr in Support of Settlement, in re JPMorgan Chase Mortgage Litigatioin, February 13, 2014

Plaintiff Wigod's Motion for Preliminary Approval of Class Action Settlement, June 17, 2014

Plaintiff's Motion for Approval of Class Member Incentive Award and Reasonable Attorney's Fees

Epic Systems Weekly Administration Report, 9/11/14 and 9/18/14; together with detailed Excel spreadsheets for those dates.

BOS-#3413563-v1-Wigod Settlement Class List

I declare under penalty of perjury under the laws of the United States of America that this document is true and correct.

Executed this 22nd day of September 2014.

*Donald L. Frankenfeld* (signature)

Donald L. Frankenfeld

# Donald L. Frankenfeld
## Economist/Financial Expert
Website: www.frankenfeld.com • 605.348.8441
Email: don@frankenfeld.com

**PROFILE**

Harvard- and Yale-trained economist Frankenfeld testified more than any other expert before the federal September 11th Victim Compensation Fund. With engagements balanced between plaintiff and defense, Frankenfeld testifies and consults on economic, financial and investment matters and serves as an NASD securities arbitrator and mediator. He testified in Mirapex Multi-District Litigation; at a Texas settlement hearing valuing $262 million (face value) in coupons; and consulted on the Microsoft California class action. Ten percent of his otherwise billable time is pro bono.

**EDUCATION**

Yale AB cum laude, Harvard Business School MBA, Kennedy School of Government (Harvard) MPA. Study at Harvard as a Bush Foundation Fellow included Advanced Torts, Economics and the Law, Strategy and Conflict, Negotiation, Venture Capital, Harvard Program on Negotiation workshop. Former associate member, New York Society of Security Analysts.

**CURRENT EXPERIENCE**

**Frankenfeld Associates**   1984 to Present
*Forensic economist, financial analyst and securities arbitrator*. Prepare detailed economic analyses. Extensive state and federal court experience. Experienced in mediation and negotiation. Court-appointed Receiver, Golden Hills Resort (for Homestake Mining Company). Designated NASD arbitrator and mediator.

**FAI, Inc.**   1997 to Present
*CEO* of Internet-based marketing and consulting firm with proprietary skills in virtual intelligence and database-driven websites. Developed first Internet-based voter contact and persuasion system. Principal speaker in multi-state seminar, "Using the Internet to Improve Your Legal Practice."

**Dakota Ventures, Incorporated (DVI)**   1991 to 2001
*Founder and CEO* of bank-sponsored venture fund providing equity to startups. *Managing general partner* of Frankenfeld Partners, organized to sponsor DVI.

**PAST EXPERIENCE**

**E. F. Hutton**   1979 to 1987
*Direct Investment Marketing Manager* for California, Texas and Florida. Developed and presented public seminars and training sessions. Annually placed $50 million, traveled 150,000 miles. *National Direct Investment Manager* for fee-based Financial Planning Division; coordinated nationwide broker training. Also *Branch Office Manager, Registered Options Principal* and *Account Executive*.

**Prior**
*Investment analyst/economist* for multi-billion dollar trust department; *senior securities analyst* for NYSE firm; *financial relations consultant; television station controller*.

**GOVERNMENT AND CIVIC PARTICIPATION**

Chair and campaign manager, People for YES on #4 (ATT/Qwest, first-in-nation telecommunications deregulation, 1988). State Senator (1977-1984). Chair, tax committee (authored nationally significant interest rate reforms which caused CitiGroup to locate credit card headquarters in South Dakota); Co-chair, Republicans for Daschle (2004); Chair, NIX on SIX statewide issue campaign (2006).

Former board member: Western Providers (PHO); Wellspring (adolescent counseling); South Dakota Investment Council ($6 billion fund); Children's Care Center; Rapid City Regional Hospital; United Way of the Black Hills; Center for Restorative Justice. Current board member: Equality South Dakota; Friends of Rapid City Parks. Volunteer financial advisor to St. Martin Monastery.

Frequent public speaker. Former reporter for Harvard Business School *Harbus News*.

*June 2013*

Donald L. Frankenfeld
Trial and Deposition Testimony History

| Date | Case | Testimony | Lawyer | Firm | Rep. |
|---|---|---|---|---|---|
| Jan-01 | Bonnie Herrig | mediation | Robert Moore | Moore Law Firm, Rapid City, SD | plaintiff |
| Mar-01 | Feldhaus v. Shreiner | trial | Patricia Meyers | Costello Porter, Rapid City, SD | plaintiff |
| May-01 | Shabel & Andre v. Krebs, LifeUSA & Allianz Life Ins. Co. | deposition | Steve Beardsley | Truhe Beardsley Jensen et al., Rapid City, SD | plaintiff |
| May-01 | Shabel & Andre v. Krebs, LifeUSA & Allianz Life Ins. Co. | deposition | Richard Huffman | Johnson Eiesland Huffman et al., Rapid City, SD | plaintiff |
| May-01 | Abdallah et al. v. The Coca-Cola Company | affidavit | F. Shields McManus | Gary Williams Parenti Finney et al., Stuart, FL | plaintiff |
| Dec-01 | Garland v. Rossknecht | trial | Tim Rensch | Rensch Law Firm, Rapid City, SD | plaintiff |
| Jan-02 | Kafka for Christensen v. Larson Manufacturing Co., Inc. | deposition | Mark W. Haigh | Davenport, Evans, Hurwitz & Smith, Sioux Falls, SD | defense |
| Jan-02 | Fern Johnson | deposition | Ronald J. Lee | Faegre & Benson, Minneapolis, MN | plaintiff |
| Mar-02 | Richardson v. Richardson | trial | Patricia Meyers | Costello Porter, Rapid City, SD | plaintiff |
| Mar-02 | Butterfield v. Butterfield | trial | Jamie L. Damon | Damon Law, Pierre, SD | plaintiff |
| Jul-02 | Chambers v. Conseco Finance Servicing Corp. | deposition | Jeffrey Maks | Finch Bettman Maks, Rapid City, SD | plaintiff |
| Dec-02 | Digna Alexandra Rivera-Costanza (9/11 victim) | videotaped testimony | Barry R. Temkin | Jacobowitz, Garfinkel & Lesman, New York, NY | claimant |
| Jan-03 | Shabel & Andre v. Krebs, LifeUSA & Allianz Life Ins. Co. | trial | Steve Beardsley/Richard Huffman | Beardsley, Jensen/Johnson Eiesland, Rapid City, SD | plaintiff |
| Jan-03 | Marguerite Wingen | trial | Chris Nipe | Larson & Nipe, Mitchell, SD | plaintiff |
| May-03 | Elsasser v. Dr. Horst Blume | deposition | G. Verne Goodsell | Gunderson Palmer Goodsell & Nelson, Rapid City, SD | plaintiff |
| Jun-03 | Ronnie & Nancy Haese et al. v. H & R Block, Inc. et al. | hearing (TX) | Edward M. Carstarphen/Robert C. Hilli | Ellis Carstarphen, Houston/Hilliard Munoz, Corpus Christi, TX | plaintiff |
| Jun-03 | Matthew Bedney v. Qwest | trial | Steven C. Beardsley | Beardsley Jensen & Von Wald, Rapid City, SD | plaintiff |
| Jun-03 | Paul Salvio (9/11 victim) | special hearing (NY) | Barry R. Temkin | Jacobowitz, Garfinkel & Lesman, New York, NY | claimant |
| Jul-03 | Evelyn Downey v. Helen Sarviel | deposition | John K. Nooney | Thomas Nooney Braun Solay & Bernard, Rapid City, SD | plaintiff |
| Aug-03 | Richard N. Poulos (9/11 victim) | special hearing (NY) | Barry R. Temkin | Jacobowitz, Garfinkel & Lesman, New York, NY | claimant |
| Aug-03 | James P. Hopper (9/11 victim) | special hearing (NY) | Barry R. Temkin | Jacobowitz, Garfinkel & Lesman, New York, NY | claimant |
| Aug-03 | Ramon Grijalvo (9/11 victim) | special hearing (NY) | Spencer Herman | Law Offices of Spencer H. Herman, P.C., Kew Gardens, NY | claimant |
| Sep-03 | Loretta Harn v. Banner Health System | deposition | Tina M. Hogue | Finch Bettman Maks & Hogue, Rapid City, SD | plaintiff |
| Oct-03 | Marques Good Low v. United States of America | deposition | Terry Pechota | Pechota, Leach & Dewell, Rapid City, SD | plaintiff |
| Oct-03 | Yudh V.S. Jain (9/11 victim) | special hearing (NY) | Darren Epstein | Fellows Hymowitz and Epstein, New City, NY | claimant |
| Oct-03 | Zurakov v. Register.com and Forman Interactive Corp. | settlement hearing (IL) | Jay Edelson | Blim & Edelson, LLC, Chicago, IL | plaintiff |
| Oct-03 | Thornton v. Flander's Construction | deposition | Daniele Johnson | Law Offices of V. Allan Khoshbin, P.C., Atlanta, GA | plaintiff |
| Nov-03 | Bosco v. United States | trial (NJ) | Michael Kimm | Kimm Law Firm, Hackensack, NJ | plaintiff |
| Dec-03 | Edward Pullis (9/11 victim) | special hearing (NY) | Vincent Moccio | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | claimant |
| Dec-03 | Bryan v. Dakota Fluid Power | deposition | Wynn Gunderson | Gunderson Palmer Goodsell & Nelson, Rapid City, SD | plaintiff |
| Dec-03 | Fred W. Grey, III (9/11 injury victim) | special hearing (NY) | Daniel Chiplock | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| Jan-04 | Travis Daniels | trial | Robin Zephier | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Jan-04 | Salvatore F. Pepe (9/11 victim) | videotaped testimony | DeLane E. Anderson, Jr. | Law Office of DeLane E. Anderson, Jr., Lynn, MA | claimant |
| Feb-04 | Dotson v. South Dakota | videotaped deposition | Ed Carpenter | Costello Porter, Rapid City, SD | plaintiff |
| Feb-04 | Zoe and Dana Falkenberg (9/11 victims) | special hearing (DC) | Gregory S. Smith | Sutherland Asbill & Brennan, Washington, DC | claimants |
| Feb-04 | George Strauch (9/11 victim) | special hearing (NY) | Vincent Moccio | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | claimant |
| Mar-04 | Wendyann Alexander (9/11 injury victim) | special hearing (NY) | Gale D. Pearson | Robinson Calcagnie Robinson, Minneapolis, MN | claimant |
| Mar-04 | Edmond Gaston (9/11 injury victim) | special hearing (NY) | Gale D. Pearson | Robinson Calcagnie Robinson, Minneapolis, MN | claimant |
| Mar-04 | Jeffrey Collman (9/11 victim) | special hearing (CA) | Gretchen Wettig/Russell Wetanson | Proskauer Rose, LLP, Los Angeles, CA | claimant |
| Mar-04 | Ronald Hoerner (9/11 victim) | special hearing (NY) | Robert S. Fader | Law Offices of Robert S. Fader, P.C., Lake Success, NY | claimant |
| Mar-04 | Pummel v. Nash Finch | deposition | Michael A. Wilson | Barker Wilson Reynolds & Burke, Rapid City, SD | plaintiff |
| Apr-04 | Sharon Balkcom (9/11 victim) | special hearing (NY) | Richard Sexton | Kalow and Springut, LLP, New York, NY | claimant |
| Apr-04 | Shabel & Andre v. Krebs, LifeUSA & Allianz Life Ins. Co. | deposition | Steve Beardsley/Richard Huffman | Beardsley Jensen/DeMersseman Jensen, Rapid City, SD | plaintiff |
| Apr-04 | Adam White (9/11 victim) | special hearing (DC) | Bruce Morriss | Morriss Lober & Dobson, LLC, Atlanta, GA | claimant |
| Apr-04 | Yvette Moreno (9/11 victim) | special hearing (NY) | Tino D'Oro | Motola Klar Dinowitz & Carfora, LLP, New York, NY | claimant |
| Apr-04 | Alona Abraham (9/11 victim) | special hearing (NY) | Barry R. Temkin | Fiedelman Garfinkel & Lesman, New York, NY | claimant |
| Apr-04 | Margaret Seeliger (9/11 victim) | special hearing (NY) | Michael Kafer | DeSena and Kafer, PC, New York, NY | claimant |
| Apr-04 | John Grazioso (9/11 victim) | special hearing (NY) | Brian Drazin | Drazin and Warshaw, Red Bank, NJ | claimant |
| Apr-04 | Julie Geis (9/11 victim) | special hearing (NY) | Doug Gentile | Douthit Frets Rouse & Gentile, LLC, Kansas City, MO | claimant |
| Apr-04 | Matthew Horning (9/11 victim) | special hearing (NY) | Donna Marie Wilkerson | Law Office of Donna M. Wilkerson, Bloomfield, CT | claimant |
| Apr-04 | Louis Chinal (9/11 injury victim) | special hearing (NY) | Nicholas Diamand | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| Apr-04 | John Napolitano (9/11 victim) | special hearing (NY) | Dan Greenburg | Law Office of Dan Greenburg, Merrick, NY | claimant |
| Apr-04 | Jose Espinal (9/11 victim) | special hearing (NY) | Anthony Loscalzo | Loscalzo & Loscalzo, New York, NY | claimant |
| Apr-04 | Maria Elena Gomez (9/11 injury victim) | special hearing (NY) | Anthony Loscalzo | Loscalzo & Loscalzo, New York, NY | claimant |
| Apr-04 | Timothy Coughlin (9/11 victim) | special hearing (NY) | Joseph Fields | Dickstein Shapiro Morin & Oshinsky, LLP, New York, NY | claimant |
| Apr-04 | Hanig v. Lee | trial | Kenneth R. Dewell | Johnson Eiesland Law Firm, Rapid City, SD | plaintiff |
| Apr-04 | Crooks v. Crooks | deposition | Steven M. Christensen | Law Office of Steven M. Christensen, Deadwood, SD | defense |
| May-04 | Jose Montalvo, Jr. (9/11 injury victim) | special hearing (NY) | Marcia Goffin | Gould Fishbein Reimer & Gottfried, LLP, New York, NY | claimant |
| May-04 | Joseph P. Roberto (9/11 victim) | special hearing (NY) | Michael Gioia | Landman Corsi Ballaine & Ford, P.C., New York, NY | claimant |
| May-04 | John J. Tipping (9/11 victim) | special hearing (NY) | William T. Leder | Brand & Brand, Garden City, NY | claimant |
| May-04 | Sadie Ette (9/11 victim) | special hearing (NY) | Garth Rosengren/C. Brooks Cutter | Kershaw Cutter Ratinoff & York, LLP, Sacramento, CA | claimant |
| May-04 | Lai Yin (Agnes) Lum (9/11 injury victim) | special hearing (NY) | Deborah Garskof | Ury & Moskow, Fairfield, CT | claimant |
| May-04 | Robert Linnane (9/11 victim) | special hearing (NY) | Kim Levy | Milberg Weiss Bershad Hynes & Lerach, New York, NY | claimant |
| May-04 | Jane Simpkin (9/11 victim) | hearing by phone (MA) | Rodney S. Dowell | Berman & Dowell, Boston, MA | claimant |
| May-04 | Denise Crant (9/11 victim) | special hearing (NY) | Elizabeth H. Cronise | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| May-04 | Denis J. McHugh (9/11 victim) | special hearing (NY) | Gretchen N. Miller | Greenberg Traurig, PC, Chicago, IL | claimant |
| May-04 | Michael Tinley (9/11 victim) | special hearing (NY) | Christopher J. Tinley | Kelley & Lehan, P.C., Omaha, NE | claimant |
| May-04 | Richard Zletz (9/11 injury victim) | special hearing (NY) | Rachel Geman/Nicholas Diamand | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| May-04 | Joseph Maloney (9/11 victim) | special hearing (NY) | Guy Halfteck/Caroline Marshall | Milberg Weiss Bershad Hynes & Lerach, New York, NY | claimant |
| May-04 | Laura Bezeg (9/11 injury victim) | special hearing (NY) | Deborah Garskof | Ury & Moskow, Fairfield, CT | claimant |
| May-04 | Jacquelyn Sanchez (9/11 victim) | special hearing (NY) | Daniela Raz | Kasowitz Benson Torres & Friedman, LLP, New York, NY | claimant |
| May-04 | Ernest Figueroa (9/11 injury victim) | special hearing (NY) | Steve Loewenthal | Heidell Pittoni Murphy & Bach, LLP, New York, NY | claimant |
| May-04 | Carlos R. Marinho (9/11 injury victim) | special hearing (NY) | Rachel Geman | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| May-04 | Jan Kozinski (9/11 injury victim) | special hearing (NY) | Duncan E. Williams | Willkie Farr & Gallagher, LLP, New York, NY | claimant |

Donald L. Frankenfeld
Trial and Deposition Testimony History

| Date | Case | Testimony | Lawyer | Firm | Rep. |
|---|---|---|---|---|---|
| May-04 | Susan Ryan (9/11 injury victim) | special hearing (NY) | Jay S. Dankberg | Law Office of Jay Stuart Dankberg, New York, NY | claimant |
| May-04 | David Handschuh (9/11 injury victim) | special hearing (NY) | Robert K. Simonds | Cravath Swaine & Moore, LLP, New York, NY | claimant |
| May-04 | Indira Singh (9/11 injury victim) | special hearing (NY) | Jay S. Dankberg | Law Office of Jay Stuart Dankberg, New York, NY | claimant |
| May-04 | Llewellyn Malcolm (9/11 injury victim) | special hearing (NY) | Daniel P. Chiplock | Lieff Cabraser Heimann & Bernstein, New York, NY | claimant |
| Jun-04 | Waldtraut Matush | arbitration (CO) | Steven C. Beardsley | Beardsley, Jensen & Von Wald, Rapid City, SD | plaintiff |
| Jun-04 | Marques Good Low | trial | Terry Pechota | Pechota Law Firm, Rapid City, SD | plaintiff |
| Jun-04 | Vincencia Brings Plenty | deposition | Rena Atchison | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Jul-04 | Dana/Pucci-Advest | arbitration (NY) | Henry N. Christensen | Norton & Christensen, Goshen, NY | plaintiff |
| Aug-04 | Vincencia Brings Plenty | pre-trial hearing | Rena Atchison | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Sep-04 | Gau v. Larry M. Pence & GWR Investments, Inc. | arbitration (NE) | Kevin R. McManaman | Knudsen Berkheimer Richardson & Endacott, Lincoln, NE | defense |
| Nov-04 | Steven Jay Pincus v. Calmac Manufacturing Corp., et al. | trial (NY) | William R. Bronner | Law Office of William R. Bronner, Ossining, NY | plaintiff |
| Dec-04 | Robert Bielstein v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/James Leach | Wolk Law Firm, Philadelphia, PA/James Leach, Rapid City, SD | plaintiff |
| Dec-04 | Shane Sheesley v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Dec-04 | Thomas Vermeulen v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Dec-04 | Langley, Laurie & David v. Carrell and Ayars & Ayars, Inc. | trial (NE) | Jeffrey James Colerick | Jeffrey James Colerick, P.C., Colorado Springs, CO | plaintiff |
| Dec-04 | Lester v. Michelin, Goodrich, Hayes Lemmerz | deposition (AZ) | Mark Mitchell | Law Office of Mark Mitchell, Williamson, WV | plaintiff |
| Aug-05 | Robert Bielstein v. Cessna Aircraft Co., et al. | deposition | Arthur Wolk/James Leach | Wolk Law Firm, Philadelphia, PA/James Leach, Rapid City, SD | plaintiff |
| Aug-05 | Shane Sheesley v. Cessna Aircraft Co., et al. | deposition | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Aug-05 | Thomas Vermeulen v. Cessna Aircraft Co., et al. | deposition | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Oct-05 | Hohm v. City of Rapid City v. Hitchcock | deposition | Thomas G. Fritz | Lynn, Jackson, Shultz & Lebrun, Rapid City, SD | plaintiff |
| Nov-05 | Karen Martin v. Dallas Krausch | trial | Jason Smiley | Gunderson Palmer Goodsell & Nelson, Rapid City, SD | plaintiff |
| Dec-05 | Clifford/Linda Meads v. Securities America & Duane Russell | arbitration (NE) | Andre R. Barry | Cline Williams Wright Johnson & Oldfather, LLP, Lincoln, NE | defense |
| Dec-05 | Hohm v. City of Rapid City v. Hitchcock | trial | Thomas G. Fritz | Lynn, Jackson, Shultz & Lebrun, Rapid City, SD | plaintiff |
| Feb-06 | Cornell v. Cicero and Ladenburg Thalmann | arbitration (by phone) | Joseph Giovanniello, Jr. | Ladenburg Thalmann and Co., Inc., New York, NY | defense |
| Feb-06 | Wharton v. Wharton | trial | George J. Nelson | Law Office of George J. Nelson, Rapid City, SD | plaintiff |
| Feb-06 | O'Brien et al. v. Western Dakota Technical Institute | deposition | Veronica & Patrick Duffy | Duffy & Duffy, Rapid City, SD | plaintiff |
| Mar-06 | Kyburz-Carlson Constr. Co. et al. v. Jean Hurlbert et al. | deposition | Steven M. Johnson/Brendan V. Johns | Johnson Heidepriem Miner Marlow & Janklow, Sioux Falls, SD | defense |
| Sep-06 | Cheryl and Drew Mraz v. Dadah | deposition | David Bradsky | Bradsky, Bradsky & Bradsky, Rapid City, SD | plaintiff |
| Sep-06 | James Schumacher | deposition | Eric Pickar | Bangs McCullen Butler Foye & Simmons, Rapid City, SD | plaintiff |
| Oct-06 | Russo et al. v. G.M., Suzuki Motor Corp., Takata Corp., et al. | deposition | George J. Nelson | Law Office of George J. Nelson, Rapid City, SD | plaintiff |
| Oct-06 | Cheryl and Drew Mraz v. Dadah | trial | David Bradsky | Bradsky, Bradsky & Bradsky, Rapid City, SD | plaintiff |
| Oct-06 | Maurer v. Chrysler et al. | deposition (OH) | Doug Gentile | Douthit Frets Rouse & Gentile, LLC, Kansas City, MO | plaintiff |
| Nov-06 | Robert Bielstein v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/James Leach | Wolk Law Firm, Philadelphia, PA/James Leach, Rapid City, SD | plaintiff |
| Nov-06 | Shane Sheesley v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Nov-06 | Thomas Vermeulen v. Cessna Aircraft Co., et al. | trial | Arthur Wolk/Barton Banks | Wolk Law Firm, Philadelphia, PA/Banks Johnson, Rapid City, SD | plaintiff |
| Nov-06 | Watson v. Public Service Company of Colorado | videotaped deposition | Andrew T. Brake | Andrew T. Brake, P.C., Englewood, CO | plaintiff |
| Mar-07 | Ennen v. Stephens | deposition | John Nooney | Thomas Nooney Braun Solay & Bernard, LLP, Rapid City SD | plaintiff |
| Mar-07 | Sizemore v. OwnerGuard, et al. | deposition | Robin Zephier | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Mar-07 | Stanley v. Hall | deposition | Steven C. Beardsley | Beardsley Jensen & Von Wald, Rapid City, SD | plaintiff |
| Mar-07 | Floyd & Lily Lund v. Lombard Securities, et al. | deposition | Steven C. Beardsley | Beardsley Jensen & Von Wald, Rapid City, SD | plaintiff |
| May-07 | Ennen v. Stephens | trial | John Nooney | Thomas Nooney Braun Solay & Bernard, LLP Rapid City SD | plaintiff |
| May-07 | Reoh v. Szabo | trial | Jim Jeffries | Jeffries Law Office, P.C. , Rapid City SD | plaintiff |
| May-07 | Pulcini et al. v. Bally Fitness Center | deposition | John Blim | Blim & Edelson, LLC, Chicago, IL | plaintiff |
| Jun-07 | St. Laurent v. American Manufacturers Mutual Ins. et al. | deposition | George Burnett | Liebman, Conway, Olejniczak & Jerry, S.C., Green Bay, WI | plaintiff |
| Jul-07 | Blakley v. Buckmaster and Buckmaster & Macy, LLP | trial | James Nelson | Gunderson, Palmer, Goodsell & Nelson, Rapid City, SD | plaintiff |
| Jul-07 | Russo et al. v. G.M., Suzuki Motor Corp., Takata Corp., et al. | trial | George J. Nelson | Law Office of George J. Nelson, Rapid City, SD | plaintiff |
| Aug-07 | Modde v. Harland | deposition | Frank Bettman | Finch, Bettman, Maks & Hogue, Rapid City SD | plaintiff |
| Oct-07 | Rotert v. ITI | deposition | Jennifer Wollman | Woods, Fuller, Schultz & Smith, Sioux Falls SD | defense |
| Oct-07 | Modde v. Harland | videotaped testimony | Frank Bettman | Finch Bettman Maks, Rapid City, SD | plaintiff |
| Nov-07 | Mirapex Litigation | deposition (MN) | Vincent Moccio | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | plaintiff |
| Jan-08 | Manyfoods v. Walmart | deposition | S. Ben Yhim | McGuire Woods, Baltimore, MD | defense |
| Feb-08 | Etchey v. Green | deposition | Kenneth R. Dewell | Johnson Eiesland Law Firm, Rapid City, SD | plaintiff |
| Feb-08 | Abrams et al. v. Facebook | trial (US Dist Ct N CA) | Myles McGuire | KamberEdelson, LLC, Chicago, IL | plaintiff |
| Apr-08 | Beckett v. Martin | trial | Robin Zephier | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Apr-08 | Elk v. The United States of America | trial | Adam Horowitz | Herman & Mermelstein, Miami, FL | plaintiff |
| May-08 | Kitching v. Morgan Tire & Auto, Inc., d/b/a Tires Plus | deposition | Jack Theeler | Morgan Theeler Wheeler Cogley & Peterson, Mitchell, SD | plaintiff |
| May-08 | Taft v. Sufficool, et al. | deposition | Patrick Duffy | Duffy & Duffy, Rapid City, SD | plaintiff |
| Jun-08 | Simpson et al. v. New York Dept. of Civil Service and G. | deposition | Maryann Diaz | Gary, Williams, Finney, Lewis, Watson & Sperando, Stuart, FL | plaintiff |
| Jun-08 | Littlehawk v. McPherson and Moreford | deposition | Kenneth R. Dewell | Johnson Eiesland Law Firm, Rapid City, SD | plaintiff |
| Jul-08 | Brandis v. Farmers Alliance Mutual Insurance Company | videotaped deposition | Mark O'Leary | O'Leary Law Office, Sioux Falls, SD | defense |
| Jul-08 | Henry v. Henry | deposition | Karen P. Hunt | Brady Pluimer Law Firm, Spearfish, SD | defense |
| Jul-08 | Charbonneau v. Boehringer Ingelheim Pharmaceuticals, et al. | trial (MN) | Vincent Moccio | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | plaintiff |
| Aug-08 | Zwayer v. Boehringer Ingelheim Pharmaceuticals, et al. | trial (MN) | Vincent Moccio | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | plaintiff |
| Aug-08 | Taft v. Sufficool, et al. | trial | Patrick Duffy | Duffy & Duffy, Rapid City, SD | plaintiff |
| Sep-08 | Wild v. City of Lincoln | deposition (NE) | Austin McKillip | Cline Williams Wright Johnson & Oldfather, LLP, Lincoln, NE | plaintiff |
| Oct-08 | Murphy v. Sears Holdings Corporation/Kmart Corporation | deposition | Steven C. Beardsley/Brad J. Lee | Beardsley Jensen & Von Wald, Rapid City, SD | plaintiff |
| Oct-08 | Roulette v. Merrill Lynch | hearing (WI) | George Burnett | Liebman, Conway, Olejniczak & Jerry, S.C., Green Bay, WI | plaintiff |
| Nov-08 | Sims v. Verizon Wireless | affidavit | Jay Edelson | KamberEdelson, LLC, Chicago, IL | plaintiff |
| Jan-09 | Latchman v. Eaves, O'Neal and S & L Trucking | deposition | Heather Lammers Bogard | Costello Porter, Rapid City, SD | defense |
| Feb-09 | Selting v. Safeco Insurance Company of America | deposition | Robin Zephier | Abourezk Law Firm, Rapid City, SD | plaintiff |
| May-09 | Scelta v. Boehringer Ingelheim Pharmaceuticals, et al. | deposition | Pro Se | | plaintiff |
| Jul-09 | Bird Hotel Corporation v. Super 8 Motels, Inc. | deposition | Scott A. Abdallah | Johnson Heidepriem Abdallah & Johnson, Sioux Falls, SD | plaintiff |
| Sep-09 | Hospitality Systems Inc., et al. v. City of Rapid City, et al. | deposition | James Nelson | Gunderson, Palmer, Nelson & Ashmore, Rapid City, SD | plaintiff |
| Sep-09 | VanDyke and Walker et al. v. Media Breakaway, LLC | trial affidavit (FL) | Rafey S. Balabanian | KamberEdelson, LLC, Chicago, IL | plaintiff |

Donald L. Frankenfeld
Trial and Deposition Testimony History

| Date | Case | Testimony | Lawyer | Firm | Rep. |
|---|---|---|---|---|---|
| Oct-09 | Stern Oil v. J. R. Brown dba Exxon Goode to Go & Freeway M | deposition | Matthew S. McCaulley | Murphy, Goldammer & Prendergast, LLP, Sioux Falls, SD | defense |
| Oct-09 | Stern Oil v. J. R. Brown dba Exxon Goode to Go & Freeway M | trial | Matthew S. McCaulley | Murphy, Goldammer & Prendergast, LLP, Sioux Falls, SD | defense |
| Nov-09 | Latcham v. Eaves, O'Neal and S & L Trucking | trial | Heather Lammers Bogard | Costello Porter, Rapid City, SD | defense |
| Nov-09 | McFerren, Tracie et al. v. AT&T Mobility LLC | trial affidavit (GA) | Steven L. Lezell | KamberEdelson, LLC, Chicago, IL | plaintiff |
| Dec-09 | Hospitality Systems Inc., et al. v. City of Rapid City, et al. | trial | James Nelson | Gunderson, Palmer, Nelson & Ashmore, Rapid City, SD | plaintiff |
| Dec-09 | Jensen, K., Spec. Admin. for J. Waddell v. Biegler Bros et al. | deposition | Michael Wilson | Barker Wilson Law Firm, LLP, Rapid City, SD | plaintiff |
| Dec-09 | Orr v. Pamida Stores Operating Co. | deposition | Jane Pfeifle | Lynn, Jackson, Shultz & Lebrun, Rapid City, SD | plaintiff |
| Jan-10 | Clarkson v. Continental | trial | Michael Hickey | Bangs McCullen Butler Foye & Simmons, Rapid City, SD | defense |
| Mar-10 | Toyota Recall | trial (IL) | Michael J. McMorrow | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Mar-10 | Bradbury v. Mylan Pharmaceuticals, et al. | deposition | Michelle West/James Orr | Robinson Calcagnie & Robinson, CA/Heygood, Orr & Pearson, TX | plaintiff |
| Apr-10 | Roberts v. B.P. West Coast Products, LLC, et al. | deposition (CA) | Robert A. Welbourn III | Law Office of Robert A. Welbourn, Torrance, CA | plaintiff |
| Jun-10 | Hamblin v. British Airways | deposition (video-NY) | Mary Schiavo | Motley Rice, LLC, Mt. Pleasant, SC | plaintiff |
| Jun-10 | Tripp v. Western National Mutual Insurance Company | trial | Mark O'Leary | O'Leary Law Office, Sioux Falls, SD | plaintiff |
| Jun-10 | Lunski v. Leingang et al. | deposition (MN) | Kathleen Flynn Peterson | Robins, Kaplan, Miller & Ciresi, Minneapolis, MN | plaintiff |
| Aug-10 | Lewis v. Strong, Verizon, et al. | deposition (phone-CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Aug-10 | Wehrkamp v. Wehrkamp | trial | John K. Nooney | Nooney, Solay & Van Norman, Rapid City, SD | plaintiff |
| Aug-10 | Boldt, B., Pers. Rep. of Estate of J. Boldt v. Biegler & Kraft e | deposition | Robert L. Morris | Day Morris Law Firm, LLP, Belle Fourche, SD | plaintiff |
| Nov-10 | Allstate Sweeping v. City and County of Denver, et al. | deposition (CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Jan-11 | Smith and Flying A.J.'s Towing Company v. John Wilson et al | deposition (WI) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Jan-11 | Foster v. Atlas Van Lines, Inc. and Golden Van Lines, Inc. | deposition | Charles Abourezk | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Feb-11 | Estate of Robert Whirlwind Horse v. Timothy Hotz | trial | Terry Pechota | Pechota Law Firm, Rapid City, SD | plaintiff |
| Feb-11 | Estate of Calonnie Randall v. Timothy Hotz | trial | Terry Pechota | Pechota Law Firm, Rapid City, SD | plaintiff |
| Mar-11 | Johnson v. Kaiser Foundation Health Plan, Inc. | deposition (phone-CA) | Kirk Wolden | Arnold Law Firm, Sacramento, CA | plaintiff |
| Apr-11 | Johnson v. Kaiser Foundation Health Plan, Inc. | arbitration (phone-CA) | Kirk Wolden | Arnold Law Firm, Sacramento, CA | plaintiff |
| May-11 | Gloe v. City of Deadwood | trial | Steven C. Beardsley/Brad J. Lee | Beardsley, Jensen & Von Wald, Rapid City, SD | plaintiff |
| May-11 | Hagerty v. Merrill Lynch | arbitration (NE) | James M. Bausch | Cline Williams Wright Johnson & Oldfather, LLP, Lincoln, NE | plaintiff |
| May-11 | Allstate Sweeping v. City and County of Denver, et al. | federal hearing (CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Jul-11 | Whites v. Whites | trial | Michael K. Sabers | Clayborne, Loos, Strommen & Sabers, Rapid City, SD | defense |
| Jul-11 | Serra v. Toy Air, Inc. and Cessna Aircraft Company | deposition (SC) | Mary Schiavo | Motley Rice, LLC, Mt. Pleasant, SC | plaintiff |
| Aug-11 | Flaa et al. v. First Premier Bank | deposition | John K. Nooney | Nooney, Solay & Van Norman, Rapid City, SD | plaintiff |
| Nov-11 | OneSource and Affordable Swpg v. City and Co. of Denver, e | deposition (CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Nov-11 | Bogdonas v. Museus, et al. | deposition (WI) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Nov-11 | Farrell et al. v. OpenTable, Inc. | trial (US Dist Ct N CA) | William Gray | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Dec-11 | Murphy v. Sears Holdings Corporation/Kmart Corporation | federal hearing | Steven C. Beardsley/Brad J. Lee | Beardsley, Jensen & Von Wald, Rapid City, SD | plaintiff |
| Dec-11 | Lynch v. Max Frost & Company, Inc. | arbitration (by phone) | George Burnett | Liebman, Conway, Olejniczak & Jerry, S.C., Green Bay, WI | plaintiff |
| Feb-12 | Juhnke v. Knutson | deposition | George J. Nelson | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Feb-12 | Strand v. Dr. Young & Black Hills Dermatology, P.C. | deposition | G. Verne Goodsell | Goodsell Quinn, Rapid City, SD | plaintiff |
| Feb-12 | Kwak et al. v. Island Colony Hotel, et al. | deposition (HI) | Michael Kimm | Kimm Law Firm, Englewood Cliffs, NJ | plaintiff |
| Mar-12 | Peer v. McGas et al. | deposition | Terence R. Quinn | Goodsell Quinn, Rapid City, SD | plaintiff |
| Mar-12 | Strand v. Dr. Young & Black Hills Dermatology, P.C. | trial | G. Verne Goodsell | Goodsell Quinn, Rapid City, SD | plaintiff |
| Mar-12 | Wells Fargo HELOC Class Action | decl (US Dist Ct N CA) | Steven Lezell Woodrow | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| May-12 | Cho v. Trinitas Regional Medical Center, et al. | deposition (NJ) | Michael Kimm | Kimm Law Firm, Englewood Cliffs, NJ | plaintiff |
| Jul-12 | Wigod v. Wells Fargo Home Mortgage f/k/a Wachovia Mortg | decl. (US Dist Ct E IL) | Steven Lezell Woodrow | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Aug-12 | Juhnke v. Knutson | videotaped trial test. | George J. Nelson | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Aug-12 | Humble v. Wyant | | John Burke | Thomas Braun Bernard Burke | |
| Aug-12 | Rubes (Estate of Sara Sell) v. Grinnell Select Insurance Comp | deposition (IA) | Stephen A. Rubes | Law Office of Stephen A. Rubes | plaintiff |
| Sep-12 | Richmond v. City and County of Denver, et al. | trial (CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Oct-12 | Netflix Privacy Litigation | decl (US Dist Ct N CA) | Rafey S. Balabanian | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Dec-12 | Schultz et al. (Cosmos) v. Lyle Scandrett and Heidi Bybee | deposition | Jeffrey G. Hurd | Bangs McCullen Butler Foye & Simmons, Rapid City, SD | defense |
| Jan-13 | Lewis v. Strong, Verizon, et al. | trial (US Dist Ct CO) | Anne T. Sulton | Sulton Law Offices, Milwaukee, WI | plaintiff |
| Jan-13 | Citibank HELOC Reduction Litigation | decl (US Dist Ct N CA) | Steven Lezell Woodrow | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Jan-13 | JP Morgan Chase Bank HELOC Litigation | decl (US Dist Ct N IL) | Steven Lezell Woodrow | Edelson McGuire, LLC, Chicago, IL | plaintiff |
| Jan-13 | Weemhoff v. Weemhoff | trial (CO) | Andrew D. Haas | Bradley Devitt Haas & Watkins, PC, Golden, CO | defense |
| Feb-13 | Lone Elk v. Dialysis Management Group, LLC | tribal court testimony | Terry Pechota | Pechota Law Firm, Rapid City, SD | plaintiff |
| Mar-13 | Unique Swine Marketing, Inc. v. Madison Belle Farms, LLP, et | deposition | Mark O'Leary | O'Leary Law Office, Sioux Falls, SD | plaintiff |
| Mar-13 | Thull v. Techtronic Industries, Co., Ltd., et al. | deposition (MN) | Richard Sullivan | Sullivan and Sullivan, LLP, Wellesley, MA | plaintiff |
| Apr-13 | Krukenkamp v. State University of New York at Stony Brook | depo (US Dist Ct E NY) | Timothy B. Glynn | Glynn Mercep and Purcell, LLP, Stony Brook, NY | plaintiff |
| Jun-13 | Kramer v. Ford Motor Co. and Bloomington Lincoln Mercury, | deposition (MN) | Peter J. Kestner/Gregory N. McEwen | McEwen Law Firm, Ltd., Inver Grove Heights, MN | plaintiff |
| Aug-13 | Kwak et al. v. Island Colony Hotel, et al. | trial (HI) | Michael Kimm | Kimm Law Firm, Englewood Cliffs, NJ | plaintiff |
| Sep-13 | Grimes v. Dr. Michael Nesbit, et al. | trial | Mark A. Glassman | Law Office of Mark A. Glassman, Fort Lauderdale, FL | plaintiff |
| Sep-13 | Robb v. Dr. Dean Quigley, et al. | deposition | Kenneth E. Barker | Barker Wilson Law Firm, LLP, Belle Fourche, SD | plaintiff |
| Jan-14 | Four Bear (Estate of Cari Hill) v. Standing Rock Sioux Tribe, | deposition | Robin Zephier | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Feb-14 | Rex Brown v West Corporation | deposition | Kelly Brandon | Dyer Law Firm, Omaha, Nebraska | plaintiff |
| Feb-14 | Puskarich v. Fantozzi | deposition | Charles Abourezk | Abourezk Law Firm, Rapid City, SD | plaintiff |
| Feb-14 | Pierson v Cabella's Inc | deposition | Nick Mayle | Killian Davis Richter & Mayle, Grand Junction, CO | plaintiff |
| Feb-14 | Chun v Dillard's | deposition | Michael Kimm | Michael Kimm Law Firm, Englewood Cliffs, NJ | plaintiff |
| Mar-14 | Union Pacific RR v. Meridian Rail Acquisition Corp., dba Green | deposition | Andre R. Barry | Cline, Williams, Wright, Johnson & Oldfather, LLP | plaintiff |
| Mar-14 | Chun v Dillard's | hearing testimony | Michael Kimm | Michael Kimm Law Firm | plaintiff |
| May-14 | Cosmos Litigation | trial | Jeffrey G. Hurd | Bangs McCullen Butler Foye & Simmons, Rapid City, SD | defense |
| Jun-14 | Kierle vs. Burden (Lawrence Co. Circuit Court) | trial | Thomas Brady | Brady Pluimer Law Firm, Spearfish, SD | plaintiff |
| Jul-14 | Vesey et al v. Wells Fargo Bank NA | deposition | Ciara L. Vesey | Ciara L. Vesey | plaintiff |
| Aug-14 | Arkema v. Pella Community School Dist | deposition | Patrick D. Smith | Bradshaw Law Firm (Des Moines, IA) | plaintiff |