IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI WIGOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, f/k/a WACHOVIA MORTGAGE, FSB,<br><br>Defendant. | Case No: 1:10-cv-2348<br><br>Hon. Elaine E. Bucklo |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE OVERSIZED BRIEF IN SUPPORT OF MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

In accordance with Local Rule 7.1, Plaintiff Lori Wigod, through her counsel, respectfully moves the Court for leave to file an oversized brief consisting of ten (10) additional pages in support of her Motion for Final Approval of Class Action Settlement for a total of twenty-five (25) pages. In support, Plaintiff states as follows:

1. On June 26, 2014, the Court granted preliminary approval to the nationwide class action Settlement reached in this case and on June 27, 2014, the Court entered a Preliminary Approval Order scheduling a final fairness hearing for October 24, 2014. (Dkts. 268, 269.)

2. Consistent with the Preliminary Approval Order (Dkt. 269), Plaintiff intends to file her Motion for Final Approval of Class Action Settlement by October 17, 2014.

3. The Motion for Final Approval will provide an overview of the case and will address several issues, including: (i) the Settlement benefits and the Parties' implementation of the Court-approved notice plan, (ii) the fairness of the Settlement under the relevant factors in

this Circuit, and (iii) the Class members' participation in and response to the Settlement, which has been overwhelmingly positive. To adequately address each of these issues, Plaintiff in good faith requires that the memorandum in support of her Motion for Final Approval of Class Action Settlement be allowed to exceed fifteen (15) pages.

5. Plaintiff's counsel has conferred with Defendant's counsel and Defendant has no objection to Plaintiff's request to submit an oversized brief of up to twenty-five (25) pages.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting her leave to file an oversized brief consisting of ten (10) additional pages in support of her Motion for Final Approval of Class Action Settlement for a total of twenty-five (25) pages.

Dated: October 17, 2014

Respectfully submitted,

PLAINTIFF LORI WIGOD,

By: /s/ Steven L. Woodrow
    One of Plaintiff's attorneys

Jay Edelson
jedelson@edelson.com
Steven L. Woodrow
swoodrow@edelson.com
Megan Lindsey (Admitted *Pro Hac Vice*)
mlindsey@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6379
Fax: 312.589.6378

*Counsel for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

    I, Steven L. Woodrow, hereby certify that on October 17, 2014, I electronically filed the foregoing ***Plaintiff's Motion for Leave to File Oversized Brief in Support of Motion for Final Approval of Class Action Settlement*** with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system.

                                                         /s/ Steven L. Woodrow