IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lori Wigod, etc. | ) | |
|     Plaintiffs | ) | Case No: 10 C 2348 |
| | ) | |
| v. | ) | |
| | ) | Judge: Elaine E. Bucklo |
| Wells Fargo Bank, N.A., etc. | ) | |
|     Defendants | ) | |
| | ) | |

## **ORDER**

Fairness hearing held. Plaintiff's motion for final approval of class action settlement [274] is granted. Parties to provide a written joint status report to the Court by 6/29/2015. Class member Shelley Habetz has an additional 14 days to opt-out of the settlement. Plaintiff's motion for leave to file a third amended complaint by 11/7/2014 [264] is granted. Plaintiff's motion for leave to file in excess of fifteen pages [272] is granted. Plaintiff Wigod's motion for approval of class member incentive award and reasonable attorneys' fees [270] is granted. Case is dismissed with leave to reinstate by 6/30/2015. Enter Final Judgment and Order of Dismissal, which shall become with prejudice on 6/30/2015.

Date: Oct. 24, 2014                                                                            /s/ Hon. Elaine E. Bucklo